IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHELLEY SONIAT | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 4:14cv77 |
| | § | |
| EDWARD JACKSON, III | § | |
| | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| SHELLEY SONIAT | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 4:14cv122 |
| | § | |
| HUD REGION 6 | § | |
| FORT WORTH REGIONAL OFFICE | § | |
| | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| SHELLEY SONIAT | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 4:14cv131 |
| | § | |
| MAJOR LEAGUE REALTY, INC. | § | |
| | § | |
| Defendant. | § | |

**ORDER OF CONSOLIDATION OF CASE 4:14cv77, 4:14cv122, 4:14cv131**

The Court held a status conference in the above-referenced matters on April 8, 2010. Having heard from *pro se* Plaintiff and as stated at the hearing, the Court finds that the matters involve

1

common questions of law and fact and that consolidation will simplify and expedite the litigation of the claims raised.

Therefore, as stated at the April 8, 2014 scheduling conferences in the matters, the proceedings in Cases 4:14cv77, 4:14cv122, 4:14cv131 are ordered **CONSOLIDATED** and shall remain assigned Judge Richard A. Schell under Case No. 4:14cv77. All future filings shall be made under Case No. 4:14cv77.

Further, as stated at the hearing, in light of the consolidation, Plaintiff's Motions for Leave to Proceed IFP in the member cases (**Dkts. 2 in 4:14cv122 & 4:14cv131**) are **DENIED** as **MOOT** as the request has already been granted in the lead case.

Plaintiff's Application for Protective Order (**Dkt. 8 in 4:14cv77**) and Application for a Restraining Order (**Dkt. 10 in 4:14cv77**) are **DENIED** as **MOOT** and without prejudice to Plaintiff seeking relief in a court of competent jurisdiction as the Court lacks jurisdiction over the relief Plaintiff requests. Similarly, Plaintiff's Motions for a Court Order to Release Audio Tape of Motion for Continuance County Court at Law #2 No. CV-2013-00884 (**Dkt.7 in 4:14cv122 & Dkt. 7 in 4:14cv131**) are **DENIED** without prejudice to Plaintiff refiling in an appropriate forum as this Court has no jurisdiction over the relief requested.

Plaintiff's request for counsel as to her claims against HUD (Dkt. 6 in 4:14cv122) remains pending before the Court and will be considered once the Court has evaluated Plaintiff's claims against HUD. As to Plaintiff's Motion to Request a Court Appointed Attorney regarding her claims against Defendants Jackson and Major League Realty (**Dkt. 5 in 4:14cv77 and Dkt. 6 in**


**4:14cv131**), they are **DENIED** as no showing has been made as to the need for counsel as to those claims.

    **SO ORDERED.**

    **SIGNED this 13th day of April, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE